UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80062 Middlebrooks(s)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

ANTHONY RAUL DEL VALLE,
    a/k/a "QT,"
    a/k/a "Prince,"

          Defendant.
_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about April 8, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTHONY RAUL DEL VALLE,**
**a/k/a "QT,"**
**a/k/a "Prince,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I Controlled Substance, and fentanyl, a Schedule II Controlled Substance, and that the death of Victim 1

resulted from the use of such substance.

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about April 8, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTHONY RAUL DEL VALLE,**
**a/k/a "QT,"**
**a/k/a "Prince,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I Controlled Substance, and fentanyl, a Schedule II Controlled Substance, and that the death of Victim 2 resulted from the use of such substance.

## COUNT 3
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about April 10, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTHONY RAUL DEL VALLE,**
**a/k/a "QT,"**
**a/k/a "Prince,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of fentanyl.

## COUNT 4
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A))

On or about April 10, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANTHONY RAUL DEL VALLE,**
a/k/a "QT,"
a/k/a "Prince,"

did knowingly possess a firearm in furtherance of, and knowingly carry a firearm during and in relation to, a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 3 of this Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANTHONY RAUL DEL VALLE, a/k/a "QT," a/k/a "Prince,"** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other

criminal law of the United States, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY


_____
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-cr-80062-DMM(s)

v.

ANTHONY RAUL DEL VALLE,
a/k/a "QT,"

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☐ Miami      ☐ Key West    ☐ FTP
☐ FTL        ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☒ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-8187-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of April 30, 2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: *Shannon O'Shea Darsch*
SHANNON O'SHEA DARSCH
Assistant United States Attorney
FL Bar No.      68566

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Anthony Raul Del Valle, a/k/a "QT", a/k/a "Prince"

**Case No**: 24-cr-80062-DMM(s)

Count #: 1

Distribution a controlled substance (acetyl fentanyl and fentanyl) Resulting in Death

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 20 Years' Imprisonment
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100.00

Count #: 2

Distribution a controlled substance (acetyl fentanyl and fentanyl) Resulting in Death

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 20 Years' Imprisonment
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100.00

Count #: 3

Possession with the intent to distribute a controlled substance (fentanyl)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
* **Max. Term of Imprisonment:** 20 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100.00

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Count #: 4

Possession of a firearm in furtherance of a drug trafficking crime

18 U.S.C. § 924(c)(1)(A)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 Years Consecutive
* **Max. Supervised Release:** 5 Years
* **Max. Fine:** $250,000
* **Special Assessment:** $100.00

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.