UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cr-80062-DMM-1

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY RAUL DEL VALLE,

    Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, ANTHONY DEL VALLE, by and through his undersigned attorney respectfully requests this Honorable Court to continue the Calendar Call scheduled for June 18, 2024 at 11:00 A.M., and the Jury Trial scheduled for June 24, 2024 at 9:00 A.M., and as grounds states:

1.    The Government filed a Superseding Indictment on May 30, 2024, adding two counts of Distribution of a Controlled Substance resulting in death.2.

The undersigned spoke with AUSA Shannon Darsch on June 5, 2024, and the undersigned was informed that the Government is in possession of additional discovery relevant to the case and the two new counts.

3. As of this date, the Government has only provided initial discovery.

4. It appears that the additional discovery will be relatively voluminous. Under the circumstances, the defense is not ready for trial.

5. The Defendant waives his right to a speedy trial.

6. The undersigned spoke with AUSA Shannon Darsch on June 5, 2024 and the Government does not oppose the granting of this motion.

7. The undersigned is scheduled to be out of town on vacation and business at various times during the next two-three months.

8. The Defense is seeking a continuance for 90 days.

9. The Defense is seeking a court date in September 2024 and the Government has indicated that there is no objection to a 90-day continuance.

WHEREFORE, the Defendant, ANTHONY DEL VALLE, respectfully requests this Honorable Court to continue the Calendar Call scheduled for June 18, 2024 at 11:00 A.M., and the Jury Trial scheduled for June 24, 2024 at 9:00 A.M., for 90 days.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via

transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              Respectfully submitted,

GLENN H. MITCHELL, ESQ.
The Barristers Building
1615 Forum Place, Suite 4B
West Palm Beach, FL 33401
ghmitchelllaw@aol.com
Pleadings: ghmitchellfiling@aol.com
(561) 478-7777

*/s/ Glenn H. Mitchell*

By: _____
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267