UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-80062-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

ANTHONY RAUL DEL VALLE,

    Defendant(s).

_____/

### QUESTION/NOTE FROM THE JURY TO THE COURT

For Counts #1 & #2: [the first part of on counts #1 & #2]

Can we convict defendent with only knowingly possessing a (controlled substance)? Does he have to knowingly possesse fentynl and or Acetyl Fentyl.

PLEASE SIGN
PRINT:

DATE: 11/7/2024

Please refer to the alternatives on page 11 of the instructions. You can convict if he knew he possessed a controlled substance. He need not know he possessed fentanyl or acetyl fentanyl.

— Don Middlebrooks