UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-80062-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

ANTHONY RAUL DEL VALLE,

        Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Is Count 1 - one charge or is it two seperate charges?

_____      11/7/24
PLEASE SIGN                      DATE
PRINT:

Count One is a single count but if you find the defendant guilty of distribution of a controlled substance you should answer the question about the type of drug and the question about cause of death. If you find the defendant not guilty as to count One you need not answer the questions.

Don Middlebrooks