UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-80062-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

ANTHONY RAUL DEL VALLE,

        Defendant(s).
_____/

**QUESTION/NOTE FROM THE JURY TO THE COURT**

Question

2 people in the car

So when it comes to distributing the substance, does it matter who handed Jennifer the bag on 4/8?

_____    10/7/24
PLEA                                      DATE
PRIN

With respect to the bag I cannot answer your question without intruding on your job as jurors. You should consider the totality of the evidence in your determination.

Don Middlebrooks