UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-80062-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

ANTHONY RAUL DEL VALLE,

    Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

We Reached A Verdict

PLEASE SIGN
PRINT: _____

DATE 11/7/24