UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80062-CR-MIDDLEBROOKS(s)

UNITED STATES OF AMERICA

v.

ANTHONY RAUL DEL VALLE,
    a/k/a "QT,"
    a/k/a "Prince,"

    Defendant.
_____/

## VERDICT

**Count 1**

We, the Jury, find the Defendant as to Count 1 of the Superseding Indictment:

_____ Not Guilty

\_\_\_X\_\_\_\_ Guilty

*Note: If you did not find the defendant guilty as to Count 1, please proceed to Count 2. If you found the defendant guilty as to Count 1, please answer the following questions:*

We, the jury, having found the defendant guilty of the offense charged in Count 1, further find that he distributed the following controlled substance(s) (select one or both):

\_\_\_X\_\_\_\_ Acetyl fentanyl

_____ Fentanyl

We, the jury, having found the defendant guilty of the offense charged in Count 1, further find that the controlled substance(s) the defendant distributed resulted in the death of

1

Victim 1; that is, that the controlled substance(s) was/were a but-for cause of the death of Victim 1.

⸺✗⸺  Not Guilty

_____  Guilty

**Count 2**

We, the Jury, find the Defendant as to Count 2 of the Superseding Indictment:

_____  Not Guilty

⸺✗⸺  Guilty

*Note: If you did not find the defendant guilty as to Count 2, please proceed to Count 3. If you found the defendant guilty as to Count 2, please answer the following questions:*

We, the jury, having found the defendant guilty of the offense charged in Count 2, further find that he distributed the following controlled substance(s) (select one or both):

_____  Acetyl fentanyl

_____  Fentanyl

We, the jury, having found the defendant guilty of the offense charged in Count 2, further find that the controlled substance(s) the defendant distributed resulted in the death of Victim 2; that is, that the controlled substance(s) was/were a but-for cause of the death of Victim 2.

⸺✗⸺  Not Guilty

_____  Guilty

2

**Count 3**

We, the Jury, find the Defendant as to Count 3 of the Superseding Indictment:

_____ Not Guilty

__X__ Guilty

**Count 4**

We, the Jury, find the Defendant as to Count 4 of the Superseding Indictment:

_____ Not Guilty

__X__ Guilty

*Note: If you did not find the defendant guilty as to Count 4, please sign and date the form. If you found the defendant guilty as to Count 4, please answer the following questions:*

We, the jury, having found the defendant guilty of the offense charged in Count 4, further find the following circumstances (select one or both):

__X__ Carrying a firearm during and in relation to a drug trafficking crime

_____ Possession of a firearm in furtherance of a drug trafficking crime

SO SAY WE ALL, this 7th day of November, 2024.

_____
Jury Foreperson Signature

_____
Jury Foreperson Printed Name

3