UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cr-80062-DMM-1

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY RAUL DEL VALLE,

    Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, ANTHONY RAUL DEL VALLE, by and through his undersigned counsel, and pursuant to Fed. R. Crim. P. 32, respectfully requests this Honorable Court to extend the time for filing objections to the Presentence Investigation Report, and as grounds states:

1. The undersigned received the Presentence Investigation Report on December 19, 2024. Objections are due on January 9, 2025.

2. A Sentencing hearing is currently set for Thursday, January 30, 2025 at 10:30 A.M.

3. The undersigned needs additional time to prepare Defendant's objections.

1

4. That under the circumstances, the Defendant is requesting a 3-day extension of time to file the Objections to the Presentence Investigation Report.

5. Undersigned counsel's office has contacted U.S. Probation Officer, Nicole Garcia, on January 9, 2025 regarding this motion.

6. Undersigned counsel's office has contacted AUSA Shannon Darsch who on January 10, 2025 stated that she has no objection to this extension.

WHEREFORE, Defendant, ANTHONY RAUL DEL VALLE respectfully requests this Honorable Court to enter an Order extending the time for filing objections to the Presentence Investigation Report.

Respectfully submitted,

GLENN H. MITCHELL, ESQ.
The Barristers Building
1615 Forum Place, Suite 4B
West Palm Beach, FL 33401
ghmitchelllaw@aol.com
Pleadings: ghmitchellfiling@aol.com
(561) 478-7777

By: */s/ Glenn H. Mitchell*
_____
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 20025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            */s/ Glenn H. Mitchell*
                     By: _____
                                       GLENN H. MITCHELL, ESQ.
                                       Florida Bar No. 239267