UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cr-80062-DMM

USA

          Plaintiff(s),

vs.

Anthony Raul Del Valle

          Defendant(s).
_____/

FILED BY _VL_ D.C.
JAN 15 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): 1,1b,3-5,9,9a,10-11,14,20,20a,21a,22a,23a,25a-25g, 26-28,28a-28c, 29-32,47-58,59a-59c

Plaintiff(s)

☐ Attachments
(Exhibit list, Order of Court)

Exhibits Released by: _____
(Deputy Clerk)

Signature: [signature]
Print Name: [handwritten]
Agency or Firm: U.S. Department of Justice
United States Attorney
Southern District of Florida
Address: 500 Australian Avenue
West Palm Beach, Florida 33401
Telephone: 561-820-8711
Date: 01-15-2025

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record