UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-80062-DMM

**UNITED STATES OF AMERICA,**

vs.

**Anthony Raul Del Valle,**

   **Defendant.**
_____/

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3)(B), the undersigned counsel hereby files this Motion to Withdraw and For Substitution of Counsel as asset forfeiture Assistant United States Attorney for the United States of America in this cause.  The undersigned counsel is no longer employed by the United States Attorney's Office for the Southern District of Florida and has moved out of the district.

The undersigned requests that her name not appear as counsel representing the United States in this cause, and she be removed from the service list and electronic notices via CM/ECF in this case on all further pleadings; and further, that Assistant United States Attorney Eloisa D. Fernandez, Chief of the Asset Forfeiture Division, be substituted in her place to address any asset forfeiture issues that may arise in this case for the United States.

   Dated January 17, 2025

                                             Respectfully submitted,

                                             KATE KONSCHNIK
                                             Acting Assistant Attorney General
                                             Environment & Natural Resource Division
                                             U.S. Department of Justice
                                             Environment & Natural Resource Division
                                             U.S. Department of Justice

        By: <u>s/ Emily R. Stone</u>
           Emily R. Stone
           Trial Attorney
           Fla. Bar No. 92077
           Environmental Crimes Section
           U.S. Department of Justice
           150 M Street NE
           Washington, DC 20002
           Telephone: (202) 305-5681
           emily.stone2@usdoj.gov